AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the  
Southern District of Florida

| | |
|---|---|
| Evexias Health Solutions, LLC <br><br> *Plaintiff(s)* <br> v. <br> Evexia Medical, LLC, Jose Troncoso, individually, and Florencia Ziemke, MD, individually <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 9:24-cv-80928-AMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Florencia Ziemke  
199 E Bay Cedar Circle  
Jupiter, FL 33458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Terry Sanks, Esq.  
Beusse Sanks, PLLC  
157 E New England Ave  
Suite 357  
Winter Park, FL 32789  
litigation@firstiniplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**



Date: Aug 1, 2024

Angela E. Noble  
Clerk of Court

s/ M.Quezada  
Deputy Clerk  
U.S. District Courts